IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES C. BASTIAN,                              Case No. 06-1729-HO

        Plaintiff,                       JUDGMENT

   v.

Commissioner of Social Security,

        Defendant,

   The decision of the Commissioner is affirmed.

   DATED this __8th__ day of September, 2008.


                                                    s/ Michael R. Hogan
                                              United States District Judge